# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: Intermodal Equipment Logistics, LLC

Case No. 14-33371-H5-11

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Southern Tire Mart - GCCP<br>Dept. 143<br>P.O. Box 1000<br>Memphis, TN 38148 | | | | $525,969.2 |
| LandBridge Components<br>Suite 355<br>1560 W. Bay Area Blvd.<br>Hull, TX 77564 | | | | $232,087.8 |
| Pacific Coast Retreaders<br>Suite 705<br>333 Hegenberger Rd.<br>Oakland, CA 94621 | | | | $119,388.0 |
| Martec<br>P.O. Box 75335<br>Chicago, IL 60675 | | | | $110,759.9 |
| United Healthcare<br>Dept. CH 10151<br>Palatine, IL 60055 | | | | $51,467.8 |
| Texas Comptroller<br>P.O. Box 149359<br>Austin, TX 78714 | | | | $50,851.6 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: Intermodal Equipment Logistics, LLC

Case No. 14-33371-H5-11

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 1

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Zenith Insurance Co.<br>4415 Collections Center Dr.<br>Chicago, IL 60693 | | | | $29,257.0 |
| State Of Illinois<br>P.O. Box 19006<br>Springfield, IL 62794 | | | | $20,048.0 |
| Zurich North America<br>P.O. Box 4664<br>Carol Stream, IL 60197 | | | | $15,938.6 |
| Allianz | | | | $11,970.0 |
| Tucker Fuel & Oil<br>408 N. Main St.<br>P.O. Box 252<br>Hutchins, TX 75141 | | | | $11,831.9 |
| Valero Marketing & Supply Co.<br>P.O. Box 300<br>Amarillo, TX 79105 | | | | $9,873.3 |
| Shell<br>P.O. Box 183019<br>Columbus, OH 43218 | | | | $8,266.0 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| IN RE: Intermodal Equipment Logistics, LLC | Case No. 14-33371-H5-11 |
|---|---|
| | Chapter 11 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Continuation Sheet No. 2

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Patsy J. Andrews, P.C.<br>P.O. Box 11572<br>Spring, TX 77391 | | | | $7,820.00 |
| Fastenal Co.<br>P.O. Box 978<br>Winona, MN 55987 | | | | $7,614.1? |
| Internal Revenue Service<br>P.O. Box 1302<br>Charlotte, NC 28201 | | | | $7,380.2? |
| LA Fasteners, Inc.<br>Suite A<br>15 W. 650 S. Frontage Rd.<br>Willowbrook, IL 60527 | | | | $6,829.1? |
| Pomp's Tire Service, Inc.<br>P.O. Box 1630<br>Green Bay, WI 54305 | | | | $6,437.5? |
| McGriff Tire & Service<br>P.O. Box 1148<br>Cullman, AL 35056 | | | | $5,300.0? |
| Airgas North Central-Chicago<br>P.O. Box 802588<br>Chicago, IL 60680 | | | | $5,042.8? |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  Intermodal Equipment Logistics, LLC                                    Case No.   14-33371-H5-11

                                                                                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 6/17/2014                        Signature: _____
                                                  James W. Perouty
                                                  Managing Member